NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

MAG INSTRUMENT, INC.,
*Appellant,*

v.

THE BRINKMANN CORPORATION,
*Cross-Appellant.*

---

2011-1052, -1053

(Opposition Nos. 91164169, 91164340, and 91163534)

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

---

**ON MOTION**

---

**ORDER**

Upon further review of the motion for an extension of time,

It is ordered that The Brinkmann Corporation's principal brief is due no later than February 28, 2011.

FOR THE COURT

__DEC 13 2010__                         /s/ Jan Horbaly
Date                                    Jan Horbaly
                                        Clerk

cc:  Robert C. Weiss, Esq.
     Gary A. Clark, Esq.

s21                                              **FILED**
                                         **U.S. COURT OF APPEALS FOR**
                                            **THE FEDERAL CIRCUIT**

                                            DEC 13 2010

                                            **JAN HORBALY**
                                               **CLERK**